UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| DELLA COUSINS,<br><br>             Plaintiff,<br><br>       -v-<br><br>USAA SAVINGS BANK,<br><br>             Defendant. | CASE NO. 1:19-cv-00165-NT<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff, Della Cousins ("Plaintiff"), and USAA Savings Bank ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned action WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

JOINTLY SUBMITTED BY:

*/s/ John A. Anderson (with permission)*
John A. Anderson (Maine No. 007745)
HARTER SECREST & EMERY LLP
1600 Bausch and Lomb Place
Rochester, New York 14604
Telephone: (585) 232-6500
Email: janderson@hselaw.com
*COUNSEL FOR DEFENDANT*

*/s/ Daniel Ruggiero*
Daniel Ruggiero
The Law Office of Daniel Ruggiero
275 Grove Street, Suite 2-400
Newtown, MA 02466
Tel: (339) 237-0343
druggieroesq@gmail.com
*COUNSEL FOR PLAINTIFF*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 4, 2020, a true and correct copy of the JOINT STIPULATION OF DISMISSAL was filed using the Court's CM/ECF system, which will notify all attorneys or record, including:

John A. Anderson (Maine No. 007745)
HARTER SECREST & EMERY LLP
1600 Bausch and Lomb Place
Rochester, New York 14604
Telephone: (585) 232-6500
Email: janderson@hselaw.com

                                            /s/ Daniel Ruggiero
                                            Daniel Ruggiero
                                            The Law Office of Daniel Ruggiero
                                            275 Grove Street, Suite 2-400
                                            Newtown, MA 02466
                                            Tel: (339) 237-0343
                                            druggieroesq@gmail.com
                                            Attorney for Plaintiff, DELLA COUSINS