## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| DELLA COUSINS,<br><br>　　　　　Plaintiff,<br><br>　　-v-<br><br>USAA SAVINGS BANK,<br><br>　　　　　Defendant. | Case No: Case No. 1:19-cv-00165-NT<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

## [PROPOSED] ORDER OF DISMISSAL

Plaintiff, Della Cousins ("Plaintiff"), and Defendant USAA Savings Bank, ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. John C. Nivson
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

3